**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-5041**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

    versus

ERIC ESTIMABLE,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Sol Blatt, Jr., Senior District Judge. (CR-04-103)

_____

Submitted: April 13, 2005              Decided: May 13, 2005

_____

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

_____

Affirmed in part, vacated in part, and remanded by unpublished per curiam opinion.

_____

J. Robert Haley, Assistant Federal Public Defender, Charleston, South Carolina, for Appellant. Michael Rhett DeHart, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric Estimable was convicted by a jury of one count of interstate transportation of stolen motor vehicles, in violation of 18 U.S.C. §§ 2312, 2 (2000). On November 10, 2004, the district court sentenced Estimable, over his objection based upon Blakely v. Washington, 124 S. Ct. 2531 (2004), to a twenty-four-month term of imprisonment to be followed by three years of supervised release. After Estimable filed his notice of appeal, the Supreme Court decided United States v. Booker, 125 S. Ct. 738 (2005). The Government has filed an unopposed motion to remand for resentencing in light of the Booker decision.

We grant the motion for remand to allow the district court to reconsider Estimable's sentence in light of the Booker decision. Estimable's formal brief on appeal reveals that the applicability of Booker is the only issue that he wishes to pursue on appeal. Therefore, we affirm his conviction, vacate the sentence imposed by the district court, and remand for reconsideration of the sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART,
VACATED IN PART, AND REMANDED

- 2 -